# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNICE EVANS, individually and as Successor in Interest to Decedent ANGEL RAMOS; and D.W., by and through his Guardian Ad Litem, CARITA WILSON<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO; a municipal corporation; ZACK JACOBSEN, Police Officer for the City of Vallejo; and DOES 1-50, individually and in their official capacities as Police Officers for the City of Vallejo, inclusive.<br><br>Defendants. | CASE NO.: 2:17-cv-01619-TLN-AC<br><br>ORDER GRANTING LEAVE TO AMEND |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiffs and all Defendants by and through their designated counsel, that:

Plaintiff shall file a First Amended Complaint (attached hereto as Exhibit A) with the Court within 5 days of the Court order approving this stipulation. Defendants' responsive pleading to Plaintiffs' First Amended Complaint shall be filed within 21 days of the filing of the First Amended Complaint.

The good cause for granting Plaintiffs leave to file his First Amended Complaint being that multiple Plaintiffs seek to be dismissed from this action. Therefore, Plaintiffs seeks leave to amend their complaint accordingly.

Therefore, all parties stipulate and respectfully request the court grant Plaintiffs leave to file their First Amended Complaint.

Dated: September 1, 2018  THE LAW OFFICES OF JOHN L. BURRIS

/s/ John L. Burris
JOHN L. BURRIS
BEN NISENBAUM
MELISSA C. NOLD
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

**Dated: September 10, 2018**

Troy L. Nunley
United States District Judge