**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY: KATELYN M. KNIGHT**
Deputy City Attorney, SBN 264573
**TIMOTHY R. SMYTH**
Deputy City Attorney, SBN 258661
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Tel: (707) 648-4545
Fax: (707) 648-4687
Email: katelyn.knight@cityofvallejo.net
Email: timothy.smyth@cityofvallejo.net

*Attorneys for Defendants CITY OF VALLEJO and ZACH JACOBSEN*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNICE EVANS, individually and as Successor in Interest to Decedent ANGEL RAMOS; DANTE RAMOS, in his individual capacity; PHILLIP WILSON-VAUGHN, in his individual capacity; LEANN SANCHEZ, in her individual capacity; DARCEL LEWIS, in his individual capacity; D.W., by and through his Guardian Ad Litem, CARITA WILSON; and ALICIA SADDLER, individually and as Guardian Ad Litem for minor G.W., <br><br> Plaintiffs, <br> vs. <br><br> CITY OF VALLEJO; a municipal corporation; ZACK JACOBSEN, Police Officer for the City of Vallejo; and DOES 1-50, individually and in their official capacities as Police Officers for the City of Vallejo, inclusive, <br><br> Defendants. | Case No: 2:17-cv-01619-TLN-AC <br><br> **ORDER GRANTING EX PARTE APPLICATION FOR EXTENSION OF DEADLINE TO COMPLETE DISCOVERY WITH RESPECT TO FORMER-PARTY DEPOSITIONS PURSUANT TO STIPULATION** |

Defendants' Ex Parte Application for Extension of the Deadline to Complete Discovery with respect to the depositions of Alicia Saddler, Phillip Wilson Vaughn, G.W., Dante Ramos, Leann Sanchez, and Darcel Lewis, supporting Declaration, Stipulation, and [Proposed] Order were submitted to the Court on October 3, 2018. Having considered the application and supporting documents and good cause appearing therefore, Defendants' application is GRANTED. The

deadline to complete the depositions of Alicia Saddler, Phillip Wilson Vaughn, G.W., Dante Ramos, Leann Sanchez, and Darcel Lewis, including any necessary motions to compel, is extended from November 1, 2018 to November 16, 2018.  All other deadlines set by the Court's scheduling order remain in place.

SO ORDERED.

Dated: October 10, 2018

Troy L. Nunley
United States District Judge