CLAUDIA M. QUINTANA
City Attorney, SBN 178613
BY: KATELYN M. KNIGHT
Deputy City Attorney, SBN 264573
TIMOTHY R. SMYTH
Deputy City Attorney, SBN 258661
CITY OF VALLEJO, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:   (707) 648-4545
Fax:   (707) 648-4687
Email: katelyn.knight@cityofvallejo.net
Email: timothy.smyth@cityofvallejo.net

Attorneys for Defendants CITY OF VALLEJO and ZACH JACOBSEN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ANNICE EVANS, individually and as Successor in Interest to Decedent ANGEL RAMOS; DANTE RAMOS, in his individual capacity; PHILLIP WILSON-VAUGHN, in his individual capacity; LEANN SANCHEZ, in her individual capacity; DARCEL LEWIS, in his individual capacity; D.W., by and through his Guardian Ad Litem, CARITA WILSON; and ALICIA SADDLER, individually and as Guardian Ad Litem for minor G.W., <br><br> Plaintiffs, <br> vs. <br><br> CITY OF VALLEJO; a municipal corporation; ZACK JACOBSEN, Police Officer for the City of Vallejo; and DOES 1-50, individually and in their official capacities as Police Officers for the City of Vallejo, inclusive, <br><br> Defendants. | Case No: 2:17-cv-01619-TLN-AC <br><br> **DECLARATION OF OFFICER JEREMY CALLINAN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT** <br><br> Date:    May 30, 2019 <br> Time:   2:00 p.m. <br> Crtrm:  2 |

I, Jeremy Callinan, declare as follows:

1. I serve as a peace officer with the Vallejo Police Department. I have personal knowledge of the matters set forth in this Declaration, except where stated on information and belief, and could and would competently testify to them under oath if called as a witness.

2. In the early morning hours of January 23, 2017, I responded to reports of a large fight with weapons taking place near Sacramento and Buckles Street in Vallejo, California.

After arriving at 1722 Sacramento Street, I approached the residence and heard screaming and yelling, then I heard a Taser deploy. I looked up at the second floor balcony and saw Angel Ramos jump on top of DeShon Wilson and make a downward stabbing motion while Mr. Wilson screamed. I believed Angel Ramos had a knife in his hand and was stabbing DeShon Wilson with the knife based on what I perceived, and my training and experience. I did not see the blade of the knife, however Angel Ramos had his hand clenched in a hammer fist and was making a rapid downward stabbing motion. The quick stabbing motion was distinct from a punching motion, which tends to have more momentum.

3. I had a Taser in my hand at the time. When I saw Angel Ramos stabbing downward at DeShon Wilson, I began putting my Taser away and pulling out my handgun to shoot. As I was doing this, I heard Officer Jacobsen fire his gun and saw the shots hit Angel Ramos. I was standing roughly 3-5 feet to Officer Jacobsen's right.

4. Based on what I saw and what I knew at the time, I perceived that Angel Ramos posed a significant and immediate threat to DeShon Wilson's life. Had Officer Jacobsen not fired, I would have drawn my own gun and shot Ramos to protect DeShon Wilson.

5. I was one of the officers who cleared the house immediately following the incident. I saw a steak knife on the floor of the kitchen and a larger knife in the kitchen sink.

Executed on this 30th day of April, 2019, at Vallejo, California.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

_____
OFFICER JEREMY CALLINAN