1                    UNITED STATES DISTRICT COURT

2            FOR THE EASTERN DISTRICT OF CALIFORNIA

3

4                            --oOo--

5    ANNICE EVANS, individually and    )
     as Successor in Interest to       )
6    Decedent ANGEL RAMOS, et al.,     )
                                       )
7           Plaintiffs,                )
                                       )
8           VS.                        )  No. 2:17-CV-01619-
                                       )       TLN-AC
9    CITY OF VALLEJO; a municipal      )
     corporation; ZACK JACOBSEN,       )
10   et al.,                           )
                                       )
11          Defendants.                )
                                       )
12   _____)

13

14                            --oOo--

15       VIDEOTAPED DEPOSITION OF DESHON WILSON

16                            --oOo--

17

18                    Vallejo, California
                 Monday, September 17, 2018
19                       1:06 p.m.

20                            --oOo--

21

22               DOUCETTE & ASSOCIATES
                    1219 Marin Street
23             Vallejo, California 94590
                    (707) 554-9970
24

25   REPORTED BY:  REBECCA K. DOWELL, CSR, RPR
                 CSR License Number 8043

                                                        1

1                              I N D E X

2
                                                           PAGE
3       APPEARANCES
                                                            3
4

5       PROCEEDINGS
                                                            4
6

7       EXAMINATION BY:

8            MS. KNIGHT
                                                            5
9                  FURTHER
                                                           62
10           MS. NOLD
                                                           60
11                 FURTHER
                                                           65
12

13      EXHIBITS FOR DEFENDANTS:

14      No. 1 -  Plaintiff's Response to Defendant's        58

15               Special Interrogatories, Set One

16

17      REPORTER'S CERTIFICATE
                                                           67
18                        --oOo--

19

20

21

22

23

24

25

                                                            2
                    DOUCETTE & ASSOCIATES

```
1          BE IT REMEMBERED that, pursuant to Notice of

2    Taking Deposition, and on Monday, September 17, 2018,

3    commencing at 1:06 p.m. thereof, at office of Vallejo

4    City Attorney, 555 Santa Clara Street, Third Floor,

5    Vallejo, California, before me, REBECCA K. DOWELL,

6    CSR No. 8043, a duly licensed Certified Shorthand

7    Reporter in the State of California, there personally

8    appeared

9                        DESHON WILSON,

10   a witness called under the appropriate and applicable

11   provisions of the Codes of the State of California,

12   who, being first duly sworn, was thereupon examined

13   and testified as hereinafter set forth.

14                        --oOo--

15                  A P P E A R A N C E S

16                        --oOo--

17        MELISSA C. NOLD, Attorney at Law, of LAW

18   OFFICES OF JOHN L. BURRIS, Airport Corporate Centre,

19   7677 Oakport Street, Suite 1120, Oakland, California

20   94621-1939, appeared as counsel on behalf of

21   Plaintiffs.

22        KATELYN M. KNIGHT, Attorney at Law, of CITY

23   OF VALLEJO, 555 Santa Clara Street, Third Floor, Post

24   Office Box 3068, Vallejo, California 94590, appeared

25   as counsel on behalf of Defendants City of Vallejo
```

DOUCETTE & ASSOCIATES

1  and Zach Jacobsen.

2         STUART PETTIGREW, of Stuart Pettigrew Video

3  Services, 4521 Adeline Street, Emeryville, California

4  94608, was present to videotape the proceedings.

5                          --oOo--

6                        PROCEEDINGS

7         THE VIDEOGRAPHER:  Going on the record at

8  approximately 1:06 p.m., and this is the videotaped

9  deposition of Deshon Wilson, taken on behalf of the

10 defendant, and is being produced for Katelyn M.

11 Knight, Attorney at Law, in the matter of Annice

12 Evans and others versus the City of Vallejo and

13 others.

14        This case is venued in the United States

15 District Court for the Eastern District of

16 California, the case number of which is

17 2:17-CV-01619-TLN-AC.

18        This deposition is being held at the Vallejo

19 City Attorneys Office in Vallejo, California, on

20 September 17th, 2018.

21        The video operator is Stuart Pettigrew of

22 Stuart Pettigrew Video located in Emeryville

23 California, (510) 469-7440.

24        The court reporter is Becky Dowell of

25 Doucette & Associates, located in Vallejo,

01:06:19

01:06:32

01:06:49

01:07:04

                                                    4

                    DOUCETTE & ASSOCIATES

1    California.

2           Will counsel please state their appearances

3    for the record.

4           MS. KNIGHT:  Katelyn M. Knight for the City

5    and Officer Jacobsen.                                    01:07:12

6           MS. NOLD:  Melissa Nold, from the Law Offices

7    of John Burris for the plaintiffs.

8           THE VIDEOGRAPHER:  Thank you.

9           The court reporter may begin the deposition.

10          (Thereupon DESHON WILSON was duly and

11          regularly sworn by the court reporter.)

12          THE WITNESS:  I do.

13                        EXAMINATION

14   BY MS. KNIGHT:

15   Q.     Could you please state your name for the

16   record?                                                  01:07:28

17   A.     Deshon Wilson.

18   Q.     Have you ever had your deposition taken

19   before?

20   A.     No, ma'am.

21   Q.     So I'm just going to go over a few things,        01:07:34

22   your attorney probably already covered some of them,

23   but just to make sure.

24          The oath that you just took is the same oath

25   that you would take in a court of law to tell the        01:07:43

1    A.      You said of this year?

2    Q.      Yeah, of 2018.

3    A.      No.

4    Q.      Oh.  2017?

5    A.      Yes.  2017.

6    Q.      But it would have been around January or

7    February, correct?

8    A.      Correct.

9    Q.      Do you remember what you did the day before

10   the incident?

11   A.      I'm not sure.

12   Q.      Well, first of all, about what time of day

13   did the incident take place?

14   A.      Late.  It was late, late at night.

15   Q.      After midnight?

16   A.      Yeah.

17   Q.      Do you remember anything you did during the

18   daytime right before the incident?

19   A.      No, I'm not sure.

20   Q.      Do you remember about what time you woke up?

21   A.      I'm not sure.  I --

22   Q.      At some point that evening was there a party

23   or a gathering?

24   A.      No.  It was just the same people who stayed

25   in the house, it was just us.

01:18:08

01:18:28

01:18:46

01:19:01

01:19:27

15

DOUCETTE & ASSOCIATES

1   Q.       Just the family and close friends hanging

2   out?

3   A.       Like I said, it was just the same people

4   that -- the normal people that stayed in the house,

5   it was just us there.                                           01:19:41

6   Q.       Now, when you say, "the house," what's the

7   address you're referring to?

8   A.       I don't know the exact address, but it's in

9   Vallejo, California.

10   Q.       And when you say it was just the people who        01:19:49

11   were normally in the house, who was there?

12   A.       That I remember, Phillip, Alicia, Dante,

13   Angel, Dante's girlfriend, and me and Darcel.

14   Q.       What's Dante's girlfriend's name?

15   A.       I can't remember off the top of my head.            01:20:23

16   Q.       Leann?

17   A.       I believe so.

18   Q.       And then when you say Darcel, you mean Darcel

19   Lewis?

20   A.       Yes, ma'am.                                         01:20:36

21   Q.       How is he related to anyone in the house?

22   A.       That's actually me and Phillip's cousin.

23   Q.       Were Alicia's kids also in the house?

24   A.       Yes, ma'am.

25   Q.       How many?

                                                                  01:20:54

                                                          16

DOUCETTE & ASSOCIATES

1   A.        Three.   Three.

2   Q.        Okay.   So it wasn't a party, but everyone was

3   hanging out.   Was there alcohol present?

4   A.        Yes, ma'am.

5   Q.        Did anyone buy the alcohol that day, or was          01:21:11

6   it alcohol that was already in the house?

7   A.        I -- I couldn't remember.

8   Q.        Did you consume any alcohol that day?

9   A.        Yes, ma'am.

10   Q.        How much would you say?                               01:21:29

11   A.        About one or two shots, a few shots.

12   Q.        One or two?

13   A.        Shots.

14   Q.        Sorry.   Can you spell that?

15   A.        Shots.                                               01:21:38

16   Q.        Oh.   Shots?

17   A.        Yeah.

18   Q.        I'm sorry.   Just having trouble hearing.

19            One or two shots of what, if you remember?

20   A.        I don't remember.                                    01:21:46

21   Q.        And would you have had those one right after

22   another, or kind of spread out?

23   A.        Kind of spread it out.

24   Q.        Was anyone else drinking that night?

25   A.        Yes.                                                 01:22:03

DOUCETTE & ASSOCIATES

```
 1   A.        Yes.

 2   Q.        Before 10:00 p.m.?

 3   A.        Probably a little bit after 10:00 p.m.

 4   Q.        And this is Annice Evans' house, correct?

 5   A.        Yes.                                              01:27:18

 6   Q.        Where was she at the time of the gathering?

 7   A.        I believe work.

 8   Q.        Did anyone take any drugs that night, that

 9   you know of?

10   A.        Not that I'm aware of.                           01:27:37

11   Q.        And at some point a fight broke out, correct?

12   A.        Yes.

13   Q.        Do you know what started the fight?

14   A.        I'm not sure.  Like I said before, me and

15   Darcel were playing a video game.                          01:27:58

16   Q.        At the time the fight broke out were you and

17   Darcel both playing video games?

18   A.        Yes.

19   Q.        Where within the house was the video game

20   console you were playing located?                          01:28:14

21   A.        Living room.

22   Q.        And where did the fight break out?

23   A.        I believe on the patio.

24   Q.        And how did you become aware of the fight

25   broke out?                                                 01:28:29
```

22

DOUCETTE & ASSOCIATES

1    A.        Phillip called me, called my name.

2    Q.        Did he say anything else?

3    A.        No.

4    Q.        Did he say, "Come help"?

5    A.        He just called my name.  I mean I

6    automatically assumed that he needed my assistance,

7    so I kinda ran over there to see what was going on.

8    Q.        About how long was it between when the fight

9    started to when Phillip called your name?

10   A.        I'm not sure.

11   Q.        Give me your best estimate.  Was it less than

12   a minute, less than 30 seconds?

13   A.        Honestly, I was probably -- there was music

14   going on in the background, and I was on the game, so

15   I was unaware that there was a fight going on till

16   Phillip called my name.

17   Q.        So at the time that Phillip called your name

18   you really had no idea there was a fight going on,

19   wouldn't have known what it was about, correct?

20   A.        Yes.

21   Q.        Did you later learn what it was about?

22   A.        Yes.

23   Q.        What was it about?

24   A.        It was basically a argument.  It wasn't

25   actually a fight at first.

01:28:41

01:29:00

01:29:17

01:29:34

01:29:43

23

1    Q.      Argumentative over what?

2    A.      I'm not sure, but it was between him and his

3    fiancee.

4    Q.      Between Phillip and Alicia?

5    A.      Yes.

6    Q.      Who told you that it was an argument between

7    those two?

8    A.      When I actually -- when I actually got there

9    I saw that they were arguing, kind of going back and

10   forth with each other.

11   Q.      When you got up to go and assist with the

12   argument did Darcel get up with you, or did he stay?

13   A.      Yes, he came.

14   Q.      Okay.  So you said you believe they were out

15   on the balcony, correct?

16   A.      Yes.

17   Q.      So you got up from the living room and walked

18   out to the balcony.  What did you see?

19   A.      Phillip, Alicia, and Dante were outside.

20   Q.      And where were the three of them standing?

21   A.      Dante was inside the house, Phillip was --

22   Phillip and Alicia were on the patio at the time.

23   Q.      And what was Dante doing?

24   A.      Him and Phillip were exchanging a few words,

25   and Alicia was sort of in between.

01:29:55

01:30:12

01:30:29

01:30:43

01:31:23

24

DOUCETTE & ASSOCIATES

1    Q.        Is there a door in between the patio and

2    where Dante was standing inside?

3    A.        Yes.

4    Q.        Where inside the house was he standing, which

5    room I mean?

6    A.        Dante?

7    Q.        Yeah.

8    A.        He was kind of like literally in between the

9    door, like he was standing like right -- he was

10   standing like in the door, so it was like, if you get

11   what I'm saying, I don't know how to really explain

12   it, but like he was standing in the doorway, so he

13   was standing there.

14   Q.        Like underneath the door frame?

15   A.        Yes.

16   Q.        And what room was behind him; is that the

17   kitchen?

18   A.        Yes.

19   Q.        So the door was open, correct?

20   A.        Yes.

21   Q.        Did you hear anything that Phillip and Dante

22   were saying to each other?

23   A.        Not that I can remember.

24   Q.        Did they seem angry?

25   A.        Yeah.

01:31:44

01:31:58

01:32:10

01:32:17

01:32:37

25

DOUCETTE & ASSOCIATES

1    Q.      Did they seem like they were about to fight?

2    A.      Yeah, I would say so.

3    Q.      Was Alicia actually touching either of them

4    to try to keep them apart, or was she just standing

5    in between?                                              01:32:51

6    A.      Yes, she was -- she was kind of grabbing

7    Phillip.

8    Q.      Was she facing toward Phillip or --

9    A.      Yeah.

10   Q.      Yes.  Okay.                                       01:33:02

11           Was she pushing on him at all?

12   A.      I'm not sure.

13   Q.      Did it look like she was the only thing

14   keeping him from going after Dante?

15           MS. NOLD:  Objection; calls for speculation.      01:33:17

16   BY MS. KNIGHT:

17   Q.      Just what it seems like to you.

18   A.      Um, I'm not -- I'm not quite sure.

19   Q.      Okay.  Were Dante and Phillip yelling at each

20   other?

21   A.      Yes.                                              01:33:34

22   Q.      At that point could you tell what the

23   argument was about?

24   A.      I'm not sure.

25   Q.      Okay.  When you saw the three of them there      01:33:53

26

DOUCETTE & ASSOCIATES

1    on the balcony with Dante under the door frame where

2    were you standing?

3    A.      I was actually like in between the kitchen

4    and the -- and the living room, so I was like in

5    between the door.                                      01:34:16

6    Q.      So were you standing behind Dante then?

7    A.      Yeah.

8    Q.      What happened next?

9    A.      I'm not -- I'm not quite sure.

10   Q.      Did you punch Dante at some point?           01:34:55

11   A.      Yes.

12   Q.      Do you remember why?

13   A.      Um, because to me it looked like he was

14   coming to attack me, basically.

15   Q.      So at some point did Dante turn around and    01:35:16

16   face you then?

17   A.      Yeah.  I actually went outside to try to see

18   what was going on with Phillip and Alicia.

19   Q.      Did you have to push past Dante to get

20   outside?                                              01:35:37

21   A.      I basically said, "Move," or I don't -- I

22   don't believe I pushed past him.

23   Q.      The doorway between the kitchen and the

24   balcony, is that like a normal size door?

25   A.      Yeah.                                          01:35:50

                                                           27

                        DOUCETTE & ASSOCIATES

```
 1   A.      I'm not sure.

 2   Q.      Was it just one punch?

 3   A.      Yes.

 4   Q.      And how did Dante react to that?

 5   A.      Um, I'm not quite sure.  I believe he called      01:38:34

 6   Angel.

 7   Q.      Did the punch knock him off balance at all?

 8   A.      I'm not sure.

 9   Q.      And I know this was a while ago, just what

10   you remember.  So you think you heard him call Angel,     01:39:00

11   or you're thinking he did because Angel showed up?

12   A.      It was either Dante or Dante's girlfriend

13   that called Angel.

14   Q.      And why do you say it was one of them?  Is

15   that just because they were the only people who would     01:39:22

16   have been available to do that?

17   A.      They were the only ones there, so I'm pretty

18   sure, because at the time Angel was in a room, he was

19   laying down.

20   Q.      And Phillip and Alicia were behind you on the      01:39:38

21   balcony, correct?

22   A.      Yeah.

23   Q.      So one of them called Angel.  Did Dante do

24   anything else that you saw before Angel got there?

25   A.      No, not before Angel got there.                    01:39:51
```

30

DOUCETTE & ASSOCIATES

```
 1   Angel that I was -- I hit him when he first came out,
 2   so that's when I was like, okay, I thought Angel was
 3   going to try to retaliate and hit me back, and then
 4   he told me he wasn't trying to fight.
 5   Q.      What did Angel do after that?
 6   A.      That's when he grabbed me and told me like
 7   what was going on.  Basically he was trying to calm
 8   me down.
 9   Q.      And what did he do after that?
10   A.      I believe he -- if I'm not mistaken, he went
11   back to the room.
12           And at that time me and Phillip were getting
13   ready to go down the stairs, and that's when Alicia
14   kind of stopped him from going down the stairs, and
15   that's -- that's basically it.
16   Q.      Did Dante have a knife in his hand at some
17   point?
18   A.      At some point, yes.
19   Q.      Can you tell me when that was in this whole
20   sequence of events?
21   A.      I believe that's when -- after -- after me
22   and Phillip were getting ready to leave, I believe
23   the door had shut from when I closed the door, and I
24   guess Dante was still talking and mad about the
25   situation, and I believe that's when he pulled out
```

01:45:01

01:45:10

01:45:48

01:46:05

01:46:24

34

1    the knife, but at that time the door was shut.

2    Q.      Was the door shut after Angel came out and

3    hugged you?

4    A.      Yes.

5    Q.      So Angel went back to the room, you said

6    Dante still seemed to be upset.  What was it about

7    him that made you think he was still upset?  Was he

8    yelling, angry?

9    A.      Yelling, name calling.

10   Q.      Okay.  Do you know who shut the door?

11   A.      No.

12   Q.      At the time the door was shut where was

13   Alicia?

14   A.      Actually, she was trying to stop Phillip from

15   going down the stairs, from leaving, kinda.

16   Q.      Do you know what prompted you and Phillip to

17   leave?  Was there a discussion, like let's get outa

18   here?

19   A.      I mean like, yeah.  The whole situation

20   was -- we thought the whole situation was over with.

21   Q.      Did you and he say something to each other

22   about it?

23   A.      He told me:  Let's go.

24   Q.      And you said Alicia was trying to stop him?

25   A.      Yes.

1   Q.      Was she saying anything to him to try to

2   stop?

3   A.      I'm not quite sure.

4   Q.      Did it seem like she was trying to continue

5   their argument?  Was she still sort of yelling at

6   him?

7   A.      There was some sort of communication going

8   on, but I'm not quite sure what was -- what was said.

9   Q.      So at the time that the door closed do you

10  know where Leann was?

11  A.      Um, I guess in the house with Dante trying to

12  settle him down or something.  I'm not quite sure.

13          Like I said, my back was turned against the

14  door, so I couldn't quite see what was going until I

15  actually turned around.

16  Q.      At the time that Dante had the knife in his

17  hand was there anyone else in -- oh, I'm sorry.

18  Where was he located?  Was he in the kitchen?

19  A.      Yes.

20  Q.      Was there anyone else in the kitchen with him

21  that you could see?

22  A.      Leann.

23  Q.      Was Angel there also?

24  A.      No.  I believe Angel was in the room.

25  Q.      Did Angel come into the kitchen with Dante at

01:48:02

01:48:21

01:48:40

01:48:53

01:49:01

DOUCETTE & ASSOCIATES

1   some point after that?

2   A.      Yes.

3   Q.      About how much time was it between when you

4   saw Dante with the knife and when Angel came into the

5   kitchen?                                                   01:49:15

6   A.      I'm not quite sure.

7   Q.      But you did see him come into the kitchen

8   while you were still on the balcony, correct?

9   A.      Yes.

10  Q.      Okay.  When Alicia was trying to block         01:49:26

11  Phillip from leaving did she stand in front of the

12  stairs or physically bar him, or was she just still

13  yelling?

14  A.      I believe -- I believe she -- trying to

15  basically -- physically touching him trying to get     01:49:44

16  him -- stop him from leaving.

17  Q.      Did you see what Dante did with the knife?

18  A.      To me it looked like he was gonna -- tapping

19  it against the glass.

20  Q.      In a threatening manner, or --                 01:50:05

21  A.      I'm not quite sure if it was threatening or

22  not, but -- I mean he had access to the door if he

23  wanted to open it or not, so I'm not quite sure if it

24  was threatening or not.

25  Q.      Was he saying anything that you could hear at  01:50:22

37

DOUCETTE & ASSOCIATES

```
 1   that point?
 2   A.      No.
 3   Q.      Did it look like he was saying something,
 4   even if you couldn't hear him?
 5   A.      Yeah.                                          01:50:30
 6   Q.      And what was Leann doing to try to calm him
 7   down?  Was she putting her hands on him at all or
 8   just --
 9   A.      I believe so.  I'm not quite sure.
10   Q.      I'm sorry, was it your testimony that you     01:50:44
11   didn't see -- I'm sorry.  Strike that.
12           So Dante was tapping on the window with
13   the knife; did you see what he did with it after
14   that?
15   A.      No.                                            01:51:03
16   Q.      At the point when he was tapping on the
17   window with the knife what were you doing?
18   A.      Um, I'm pretty sure I was standing by -- I
19   was standing by the window.  I'm not quite sure what
20   I said, but there was communication between me and    01:51:22
21   him.
22   Q.      Between you and Dante?
23   A.      Yeah.
24   Q.      Were you yelling at him?
25   A.      Yeah.                                          01:51:32
```

DOUCETTE & ASSOCIATES

1    Q.       Okay.  What were you saying to him, if you
2    remember?

3    A.       I'm not quite sure.

4    Q.       What was the gist?

5    A.       (Shakes head.)                                    01:51:40

6    Q.       Not sure?

7    A.       I'm not sure.

8    Q.       What happened next?

9    A.       I just got mad at him, and I punched -- I
10   punched the window.                                        01:52:07

11   Q.       Did you break the glass?

12   A.       Yes.

13   Q.       At that point was the door locked?

14   A.       I'm not quite sure if it was locked or not.

15   Q.       So Dante's sitting there tapping on the glass     01:52:24
16   with the knife, and then you came over and punched
17   through the glass, correct?

18   A.       Yes.

19   Q.       Okay.  What did Dante do with the knife after
20   that?                                                      01:52:37

21   A.       I'm not sure what he did with it.

22   Q.       Okay.  What did you do after you punched
23   through the glass?

24   A.       I kinda waited there to see what would
25   happen.                                                    01:52:53

39

DOUCETTE & ASSOCIATES

1   Q.        Were you still yelling at Dante at that

2   point?

3   A.        Yes.

4   Q.        And where was Angel at that point?

5   A.        I believe he came back outside, or came back

6   to the door.                                              01:53:07

7   Q.        Did he get between you and Dante?

8   A.        There wasn't really any in between thing.

9   And, like I said, the door was still closed at the

10  time.

11  Q.        So at the time that you punched through the   01:53:28

12  glass did Dante back up at all?

13  A.        I'm pretty sure he did.

14            MS. NOLD:  Only what you saw though, only

15  what you saw.

16            THE WITNESS:  I'm not --                        01:53:38

17  BY MS. KNIGHT:

18  Q.        How close was he standing to the door when he

19  was tapping on the glass with the knife?

20  A.        Pretty close.

21  Q.        When you punched through the glass did your     01:53:48

22  hand go all the way through, or did it kind of stop

23  when the glass cracked?

24  A.        I'm not sure if it went all the way.

25  Q.        Okay.

                                                              01:54:06

                                                    40

DOUCETTE & ASSOCIATES

1    A.        I don't believe it went all the way through.

2    Q.        Did you see Angel go around Dante at some

3    point to get to the door?

4    A.        I'm not quite sure.

5    Q.        Did you see Angel with a knife in his hand at          01:54:16

6    any point before he came through the door?

7    A.        No, ma'am.

8    Q.        Were you able to clearly see Angel's hands at

9    all times?

10   A.        Yes, ma'am.                                             01:54:31

11   Q.        Where was Leann standing at that point?

12   A.        Between Angel and Dante.

13   Q.        And was Dante closest to the door, or was

14   Angel closest to the door?

15   A.        I'm not quite sure.                                     01:54:48

16   Q.        Okay.  But Leann was standing between them,

17   correct?

18   A.        Yes.

19   Q.        Was she saying anything to either of them?

20   A.        I'm not sure.                                           01:55:00

21   Q.        Did it seem to you that she was trying to

22   deescalate the situation?

23   A.        Yes.

24   Q.        Okay.  Did you hear any drawers opening while

25   they were in the kitchen?                                         01:55:17

41

DOUCETTE & ASSOCIATES

1    A.       No, ma'am.

2    Q.       Do you know where Darcel was at the point you

3    broke the window?

4    A.       I'm not sure.

5    Q.       After the window was broken when do you next

6    remember seeing Darcel, if you did see him again?

7    A.       I believe after I had got Tased.

8    Q.       Okay.  So you're not sure where he was

9    standing during the incident up to that point?

10   A.       No.

11   Q.       Okay.  Okay.  So after you broke the window

12   what did you do next?

13   A.       Like I said, I was just standing there

14   waiting for something to happen, basically, and then

15   the next thing you know I was Tased.

16   Q.       At the time you were Tased was the door still

17   closed?

18   A.       I'm not quite sure.

19   Q.       At the time you were Tased were you still

20   standing up next to the door, or had you moved back

21   to a different part of the balcony?

22   A.       I believe I was close to the door.

23   Q.       Where was Angel at the time you got Tased?

24   A.       Inside the house.

25   Q.       But you're not sure whether the door was open

01:55:29

01:56:01

01:56:27

01:56:44

01:57:00

42

DOUCETTE & ASSOCIATES

1    or closed, correct?

2    A.      Yes, ma'am.

3    Q.      And when you say you were standing by waiting

4    to see what would happen, were you still pretty

5    angry?                                                    01:57:16

6    A.      Yes.

7    Q.      Would you say you were pretty pumped up with

8    adrenaline at that point?

9    A.      Yes.

10   Q.      And still yelling at Dante?

11   A.      Yes, ma'am.                                       01:57:24

12   Q.      Okay.  Were you yelling at anyone other than

13   Dante?

14   A.      No.

15   Q.      Okay.  At the time that you got hit with the

16   Taser barb where did the barb connect on you?            01:57:32

17   A.      On this side, I believe (indicating).

18   Q.      On your right side?

19   A.      Yes, ma'am.

20   Q.      On your leg?  On your waist?

21   A.      No.  My rib area.                                 01:57:56

22   Q.      Your rib?

23   A.      Yeah.

24   Q.      Do you know where it came from?

25   A.      I'm not quite sure.  I believe it came from       01:58:05

43

DOUCETTE & ASSOCIATES

1   the right side, if not the lower deck.

2   Q.      At some point did you become aware that

3   police had shown up?

4   A.      I was unaware that police were there.

5   Q.      Okay.  But at some point you became aware          01:58:24

6   there were police there, correct?

7   A.      I got Tased, so I'm pretty sure.

8   Q.      That that's when they were there?

9   A.      Yeah.

10  Q.      Did you hear any commands from the officers?      01:58:33

11  A.      No, ma'am.

12  Q.      I should clarify.  Did you hear any commands

13  from the officers prior to the point you got Tased?

14  A.      No, ma'am.

15  Q.      Just prior to the point you got Tased were        01:58:45

16  Alicia and Phillip still arguing?

17  A.      I believe so.

18  Q.      And was the music still going?

19  A.      I believe so.  I'm not quite sure.

20  Q.      Do you remember Alicia calling for help at        01:58:59

21  any point?

22  A.      Um, I -- she might have.  Yes, I believe so.

23  Q.      Was that before you got Tased?

24  A.      I'm not sure.

25  Q.      So at the point when the Taser barb connected     01:59:24

                                                              44

1    was it just one Taser barb, or two?

2    A.        It was one.

3    Q.        And what did that feel like?

4    A.        I was shocked.  That was actually my first

5    time ever being Tased.  I kind of just immediately

6    fell to the ground.

01:59:51

7    Q.        Did your muscles go rigid?  Could you

8    describe the sensation for me?

9    A.        I could still move.  Like I was able to move.

10   It just kind of shocked me.  It came out of nowhere.

02:00:07

11   Q.        And I'm not going to get too much into your

12   injuries because you're dismissing your claim, but

13   can you tell me just whether there was any sort of

14   physical indicia that you had been Tased after,

15   whether you had a bruise or a puncture wound or

16   something like that?

02:00:27

17   A.        It was just a regular Tase mark from the one

18   that connected.

19   Q.        Was it bruised, if you remember?

20   A.        It wasn't too bruised.

02:00:41

21   Q.        Do you know where the other Taser barb went?

22   A.        No, ma'am.

23   Q.        So you said you fell down, correct?

24   A.        Yes.

25   Q.        Okay.  And how did your body fall when you

02:00:57

1   fell?  Did you fall down on your back?

2   A.      I fell down on my side first, and then I

3   rolled over to my back side.

4   Q.      On your right side or your left side?

5   A.      I rolled over to my right side.

02:01:14

6   Q.      Sorry.  You fell on your right and then you

7   rolled over to your back, or you fell on your

8   left and --

9   A.      I got hit by the Taser on my right side, so I

10   fell to my left side, and I rolled over to my right.

02:01:30

11   Q.      Got it.

12          Did you hit your head at all?

13   A.      No.

14   Q.      At the time that you fell down where was

15   Alicia standing?

02:01:49

16   A.      I'm not quite sure where she was at.

17   Q.      Was she up on the balcony?

18   A.      I believe so.

19   Q.      And how about Phillip?

20   A.      I believe they both were.

02:01:59

21   Q.      But you don't remember precisely where they

22   were?

23   A.      Yeah.

24   Q.      And at the time you fell do you know where

25   Angel was?

02:02:14

1   A.      At the time I fell it was kinda -- I believe

2   Angel and Dante kinda rushed out and --

3   Q.      Who was in front?

4   A.      I'm not sure.

5   Q.      And what did Angel do next?

6   A.      He got on top of me and started basically

7   punching me.  It was kind of a fight between me and

8   him.

9   Q.      Do you remember whether he was punching you

10  with his right fist or left fist?

11  A.      It was both.

12  Q.      Both?

13          And were you hitting back?

14  A.      Yes.

15  Q.      Okay.  Were you able to connect?

16  A.      No.

17  Q.      Where were you trying to hit him?

18  A.      I'm not sure.  I believe it was his face.

19  Q.      Okay.  And where was Dante at that time, if

20  you know?

21  A.      I'm not sure.

22  Q.      Did you see anyone else up on the balcony or

23  in the kitchen at that time?

24  A.      No, ma'am.  I was on the ground, so wasn't

25  able to see anybody but --

02:02:35

02:03:03

02:03:12

02:03:31

02:03:43

DOUCETTE & ASSOCIATES

1    Q.        Was Angel saying anything to you as you were

2    fighting?

3    A.        No.

4    Q.        Were you saying anything to him?

5    A.        No, ma'am.                                          02:03:53

6    Q.        And what happened next?

7    A.        I kinda heard the shot, but I didn't at the

8    same time; it was kind of a muffled.

9              And Angel just kinda fell on top of me, and

10   then I didn't -- at the time I didn't know what was       02:04:13

11   going on.  I pushed him because I didn't know what

12   was going on.

13             Next thing you know, I see flashlights and

14   police kind of rushed up there.

15   Q.        At the time that Angel was on top of you did    02:04:32

16   he have a knife in his hand?

17   A.        No, ma'am.

18   Q.        Did you see him with a knife in his hands at

19   any point that night?

20   A.        No, ma'am.                                        02:04:46

21   Q.        Do you remember giving a statement to police

22   after you were taken down to the station?

23   A.        Yes, ma'am.

24   Q.        Do you remember saying that you were worried

25   Angel was going to cut you?                                 02:04:55

48

1    A.      No, ma'am.

2    Q.      Okay.  So you kind of pushed him off of you,

3    you weren't really sure what was going on, you did

4    notice police at that point.  What were -- what was

5    Alicia doing at that point?                                    02:05:17

6    A.      I could hear her screaming.  I'm not quite

7    sure what she was doing.

8            But I believe they Tased all three of us that

9    was on the balcony; me, Phillip, and Alicia.

10   Q.      So you were Tased a second time?                       02:05:41

11   A.      No.

12   Q.      Oh.  Okay.

13   A.      I'm just saying that --

14   Q.      You were each Tased once that night, correct?

15   A.      Yeah.                                                  02:05:52

16   Q.      Okay.  So Alicia was screaming; do you

17   remember what she was saying?

18   A.      No, ma'am.

19   Q.      How about Phillip, what was he doing?

20   A.      I believe Phillip was the closest one next to    02:06:09

21   me at the time, and I'm not quite sure what he was

22   doing, but he was on the floor also.

23   Q.      Do you remember how he ended up on the floor?

24   A.      No, ma'am.

25   Q.      Was he on the floor at the time that you and    02:06:26

                                                           49

DOUCETTE & ASSOCIATES

1    Q.      Was that before or after she put her hands
2    up?

3    A.      I'm not quite sure.

4    Q.      You said Phillip got Tased as well?

5    A.      Yes, I believe so.  I believe all of us got
6    Tased at one point.                                    02:08:24

7    Q.      Can you tell me what happened leading up to
8    that, how it was that he got Tased?  You said he was
9    on the ground with you, correct?

10   A.      Yes.
                                                            02:08:38
11   Q.      So what happened next?

12   A.      I'm not quite sure what happened next.  Like
13   I said, after I had got Tased and I fell to the
14   ground, that's when Angel and Dante ran out.  And
15   Angel was on top of me; the next thing you know, he
16   just stopped.                                          02:08:52

17   Q.      And that probably happened fairly quickly,
18   right?

19   A.      Yeah.

20   Q.      About how long do you think it was between
21   when Angel ran out and when you heard the shots?       02:09:05

22   A.      I'm not -- I'm not sure.

23   Q.      Would it have been seconds?

24   A.      Yeah.

25   Q.      Okay.  So there were orders to hold still and  02:09:14

51

DOUCETTE & ASSOCIATES

1   put your hands in the air, did you do that?

2   A.      Yes, ma'am.

3   Q.      And then were you put in handcuffs?

4   A.      I believe so.

5   Q.      Okay.  What happened next?

6   A.      They just escorted us down, put us in the

7   police car.

8   Q.      And did they take you to Kaiser to be

9   cleared?

10  A.      Yes, ma'am.

11  Q.      Other than the Taser entry, did you have any

12  other medical issues, any injuries?

13  A.      Two stitches.

14  Q.      Where did you get the stitches?

15  A.      My left arm.

16  Q.      Do you know what caused the cuts on your left

17  arm?

18  A.      Me hitting the glass.

19  Q.      Anything else?

20  A.      What are you --

21  Q.      I'm sorry.  Any other injuries?

22  A.      No, ma'am.

23  Q.      And then you were taken to the police

24  station, correct?

25  A.      Yes, ma'am.

02:09:48

02:10:05

02:10:23

02:10:41

02:10:55

52

```
 1   STATE OF CALIFORNIA    )
                            ) ss:
 2   COUNTY OF SOLANO       )

 3

 4        I, REBECCA K. DOWELL, a duly licensed

 5   Certified Shorthand Reporter, State of California,

 6   hereby certify that the witness in the foregoing

 7   deposition, named

 8                    DESHON WILSON,

 9   was duly sworn to testify to the truth, the whole

10   truth and nothing but the truth in the within-

11   entitled cause; that said deposition was taken at the

12   time and place therein named; that the testimony of

13   said witness was reported by me, and was thereafter

14   transcribed under my direction by computer-aided

15   transcription; that the foregoing is a full,

16   complete, and true record of said testimony.

17        I further certify that I am not related to

18   any party or counsel or attorney for any of the

19   parties to said deposition, nor in any way interested

20   in the outcome of the cause named in said caption.

21        I have hereunto set my hand this 25th day of

22   September, 2018.

23

24   _____
                          REBECCA K. DOWELL, RPR
25                        CSR License No. 8043
```