UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

--oOo--

ANNICE EVANS, individually and )
as Successor in Interest to )
Decedent ANGEL RAMOS; DANTE )
RAMOS, in his individual )
capacity; PHILLIP WILSON-VAUGHN, )
in his individual capacity; )
LEANN SANCHEZ, in her individual )
capacity; DARCEL LEWIS, in his )
individual capacity; D.W., by )
and through his Guardian Ad )
Litem, CARITA WILSON; and ALICIA )
SADDLER, individually and as )
Guardian Ad Litem for minor )
G.W., ) Case No.:
              Plaintiffs, ) 2:17-cv-01619-TLN-AC
vs. )
)
CITY OF VALLEJO; a municipal )
corporation; ZACK JACOBSEN, )
Police Officer for the City of )
Vallejo; and DOES 1-50, )
individually and in their )
official capacities as Police )
Officers for the City of )
Vallejo, inclusive, )
              Defendants. )
)

DEPOSITION OF OFFICER ZACK JACOBSEN

THURSDAY, OCTOBER 11, 2018

REPORTED BY:   HEATHER M. LOFHOLM, CSR #11570

1

Barbara J. Butler & Associates - Certified Court Reporters
1659 Scott Blvd., Suite 15, Santa Clara, CA  95050 - (510) 83-BUTLER (2885) or (408) 248-BUTLER(2885)

1                          APPEARANCES

3    For the Plaintiffs:

4        LAW OFFICES OF JOHN L. BURRIS
         BY:  BENJAMIN NISENBAUM, ATTORNEY AT LAW
5        7677 Oakport Street, Suite 1120
         Oakland, California 94621
6        (510) 839-5200
         bnisenbaum@hotmail.com

8    For the Defendants:

9        CITY OF VALLEJO
         CITY ATTORNEY'S OFFICE
10       BY:  KATELYN M. KNIGHT, DEPUTY CITY ATTORNEY
         555 Santa Clara Street
11       Vallejo, California 94590
         (707) 648-4388
12       katelyn.knight@cityofvallejo.net

16                          --oOo--

DEPOSITION OF OFFICER ZACK JACOBSEN

```
1                    INDEX OF EXAMINATIONS
2                                                    Page
3    By Mr. Nisenbaum                                 4
4
5
6                         --oOo--
7                    INDEX OF EXHIBITS
8    Plaintiffs'
     Exhibit Number      Description              Page
9
         A               Hand-drawn Diagram         77
10
11
12                        --oOo--
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                           3
```

Barbara J. Butler & Associates - Certified Court Reporters
1659 Scott Blvd., Suite 15, Santa Clara, CA 95050 - (510) 83-BUTLER (2885) or (408) 248-BUTLER(2885)

1   BE IT REMEMBERED that on Thursday, October 11, 2018,
2   at the hour of 10:03 a.m., of said day, at the Law Offices
3   of John L. Burris, 7677 Oakport Street, Suite 1120,
4   Oakland, California, before me, HEATHER M. LOFHOLM, a
5   Certified Shorthand Reporter, personally appeared
6                          ZACK JACOBSEN,
7   called as a witness herein, having been first administered
8   an oath in accordance with CCP Section 2025, was examined
9   and testified as follows:
10                          EXAMINATION
11  BY MR. NISENBAUM:
12      Q.   Can you please state and spell your name.
13      A.   Zachary, Z-a-c-h-a-r-y, Jacobsen,
14  J-a-c-o-b-s-e-n.
15      Q.   And what is your current employment?
16      A.   I am employed with the City of Vallejo as a
17  police officer.
18      Q.   What is your rank?
19      A.   I am a patrol officer.
20      Q.   And how long have you been employed with the City
21  of Vallejo as a police officer?
22      A.   Since July 15 of 2013.
23      Q.   And prior to that you had other law enforcement
24  experience, correct?
25      A.   Yes, sir.

4

DEPOSITION OF OFFICER ZACK JACOBSEN

1    Q.   Please.  As I understand it, you say that you saw
2 a knife in Mr. Ramos's hand, and that's why you shot him,
3 correct?
4    A.   Yes, sir.
5    Q.   Describe the knife for me.
6    A.   At which point?  I saw Mr. Ramos with a knife on
7 two separate occasions.
8    Q.   Were they different knives?
9    A.   I don't know if they were different knives.
10   Q.   Okay.  The first occasion that you saw him with a
11 knife, describe the knife.
12   A.   The knife appeared to be an eight- to ten-inch
13 kitchen knife.  As I described it in my initial interview,
14 if you bought a set of kitchen knives it would be the
15 largest knife in the set is how I remember it.
16   Q.   When you say "eight- to ten-inch kitchen knife"
17 do you mean that the blade is eight to ten inches?
18   A.   Yes.
19   Q.   Or the entire thing?
20   A.   Yes, sir.
21   Q.   So eight to ten inches plus the blade -- I'm
22 sorry, plus the handle?
23   A.   I believe the blade was approximately eight to
24 ten inches long.
25   Q.   Okay.  And what color was it?

Barbara J.Butler & Associates - Certified Court Reporters
1659 Scott Blvd., Suite 15, Santa Clara, CA  95050 - (510) 83-BUTLER (2885) or (408) 248-BUTLER(2885)

DEPOSITION OF OFFICER ZACK JACOBSEN

1  A.  The blade was silver.
2  Q.  And when did you see him? Where was he when you
3  saw him holding that knife?
4  A.  He was inside what I believed to be the kitchen.
5  Q.  And you saw him through an open door that led out
6  to the deck?
7  A.  Yes, sir.
8  Q.  And did you see what he did with that knife?
9  A.  He had it above his shoulder with the handle of
10 the knife in his hand and the blade of the knife extending
11 out away from his pinky (indicating).
12 Q.  Over what period of time did you see him holding
13 that knife at that time?
14 A.  Do you mean how long?
15 Q.  Correct. How long did that observation last of
16 him holding the knife?
17 A.  I would estimate somewhere around five seconds.
18 Q.  And during that five seconds was he holding it in
19 the same position, or was he doing something with his arm?
20 A.  I recall him being held back by someone. He
21 appeared to be trying to get at a person that I could not
22 see. They were out of my view. It would have been on the
23 north side of the kitchen, and he appeared to be extremely
24 angry, trying to get at someone (indicating).
25 Q.  Okay. And my question, though, is what was he

Barbara J. Butler & Associates - Certified Court Reporters
1659 Scott Blvd., Suite 15, Santa Clara, CA  95050 - (510) 83-BUTLER (2885) or (408) 248-BUTLER(2885)

1   doing with the arm that was holding the knife?  Was it in
2   the same position?  Was it in a stabbing motion?  What was
3   it doing (indicating)?
4        A.   As I recall, it was generally in the same
5   position.  I don't know that it was completely stable, but
6   generally in the same position as he was trying to move
7   forward (indicating).
8        Q.   And for the record, you've held your right arm --
9   that was in his right hand?
10       A.   Yes, sir.
11       Q.   And you held it with your -- and almost, I guess,
12  at a -- is that a 45-degree angle or 90-degree angle?
13  That's a right angle, so 90 degrees?
14            MS. KNIGHT:  Might be 85, I think.
15  BY MR. NISENBAUM:
16       Q.   So about an 85, 90-degree angle at the elbow,
17  correct?
18       A.   Yes, sir.
19       Q.   So that the fist is about almost ear height,
20  maybe a little bit above your ear, correct?
21       A.   Generally, yes, sir.
22       Q.   And with the -- where the blade would have been
23  facing towards the wrist, the bottom of the blade would be
24  lined up with the wrist basically, correct (indicating)?
25       A.   The blade just extended out and away from the

23

Barbara J.Butler & Associates - Certified Court Reporters
1659 Scott Blvd., Suite 15, Santa Clara, CA  95050 - (510) 83-BUTLER (2885) or (408) 248-BUTLER(2885)

1  Q. Okay. The lighting that you had came primarily
2  from the residence, correct?
3  A. The kitchen and then the -- there was a light on
4  the outside of the house that illuminated the deck.
5  Q. That was my next question. Was there deck
6  lighting?
7  A. Yes, sir.
8  Q. There was, correct?
9  A. Yes, sir.
10 Q. Okay. And then you also had a flashlight,
11 correct?
12 A. Yes, sir.
13 Q. And you did not feel the need to use a flashlight
14 to assist your vision?
15 A. No, sir.
16 Q. Correct?
17 A. Correct.
18 Q. So it's bright enough that you felt like you
19 could see what was happening, correct?
20 A. Correct.
21 Q. And did you have any discussion with the person
22 you were assigned to, Samida, about how you were going to
23 handle this call?
24 A. No, it happened too quickly.
25 Q. On the drive there did you have any discussion

Barbara J.Butler & Associates - Certified Court Reporters
1659 Scott Blvd., Suite 15, Santa Clara, CA 95050 - (510) 83-BUTLER (2885) or (408) 248-BUTLER(2885)

```
 1                     DECLARATION OF WITNESS
 2
 3
 4
 5          I do solemnly declare under penalty of perjury,
 6   under the laws of the State of California, that the
 7   foregoing is my deposition under oath; that these are the
 8   questions asked of me and my answers thereto; that I have
 9   read same and have made the necessary corrections,
10   additions, or changes to my answers that I deem necessary.
11          In witness thereof, I hereby subscribe my name
12   this _____ day of _____, 20_____.
13
14                                   _____
15                                         ZACK JACOBSEN
16
17
18
19
20
21
22
23
24
25
                                                              114
```

CERTIFICATE OF REPORTER

I, HEATHER M. LOFHOLM, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition, ZACK JACOBSEN, was by me duly administered an oath in accordance with CCP Section 2025 to tell the truth, the whole truth and nothing but the truth in the within-entitled cause; that the testimony of said witness was taken down in shorthand by me, a Certified Shorthand Reporter and disinterested person, at the time and place herein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the outcome of this cause, and that I am not related to any of the parties thereto.

I hereto declare under penalty of perjury that the foregoing is true and correct. I have hereunto set my hand on October 25, 2018.

\_\_\_/s/Heather M. Lofholm_____

Heather M. Lofholm, CSR No. 11570

115

Barbara J. Butler & Associates - Certified Court Reporters
1659 Scott Blvd., Suite 15, Santa Clara, CA 95050 - (510) 83-BUTLER (2885) or (408) 248-BUTLER (2885)

```
 1                        WITNESS LETTER

 2    TO:  Officer Zack Jacobsen              Date:  10.26.18
           c/o  KATELYN M. KNIGHT, Deputy City Attorney
 3         City Attorney's Office             Depo:  10.11.18
           555 Santa Clara Street30           Ref. #18101162
 4         Vallejo, CA  94590

 5    RE:  Annice Evans, et al. v. City of Vallejo, et al.

 6    Dear Officer Jacobsen:

 7         The transcript of your Deposition reported in the
      above-captioned cause has been prepared and will be
 8    available at this office for your inspection and signature
      for a period of 30 days from the date of this letter.
 9         Please contact our office between the hours of 9:30
      a.m. and 5:00 p.m. Monday-Friday, to schedule an
10    appointment.  Or, if you prefer, contact the attorney to
      read, correct and sign the copy of your Deposition under
11    penalty of perjury.
           Read the transcript making any changes necessary.  In
12    making any changes, please use the following guide:

13         1. DO NOT WRITE on the original transcript.
           2. SIGN UNDER PENALTY OF PERJURY at the end of
14            the Deposition on the Declaration of Witness
              Page.
15         3. List each change and reason for the change on
              the Deposition Errata Sheet following this page.
16            Signature is required at the bottom of the
              Deposition Errata Sheet.
17         4. Forward the signed Declaration of Witness Page
              and signed Deposition Errata Sheet in addition
18            to a copy of this letter to:
                   Barbara J. Butler & Associates
19                 Certified Court Reporters
                   P.O. Box 3508
20                 Santa Clara, California  95055
                   (510) 832-8853 or (408) 248-2885
21         Upon receipt of items requested in this letter, I
      will forward copies of same to all Counsel.
22
                        Sincerely,
23
                        /s/Barbara J. Butler
24                      Barbara J. Butler, CSR

25    cc:  All Counsel

                                                            116
```

```
                    DEPOSITION ERRATA SHEET

    RE:  Annice Evans, et al. v. City of Vallejo, et al.
         Depo:  10.11.18                      Ref. #18101162

    Page No. _____ Line No. _____

    Change:_____

    Reason for change: _____

    Page No. _____ Line No. _____

    Change:_____

    Reason for change: _____

    Page No. _____ Line No. _____

    Change:_____

    Reason for change: _____

    Page No. _____ Line No. _____

    Change:_____

    Reason for change: _____

    Page No. _____ Line No. _____

    Change:_____

    Reason for change: _____

    Page No. _____ Line No. _____

    Change:_____

    Reason for change: _____

    Page No. _____ Line No. _____

    Change:_____

    Reason for change: _____

    _____      _____
    ZACK JACOBSEN                           Date
```

117

```
 1                    UNSIGNED TRANSCRIPT
 2
 3       Upon completion of the foregoing transcript, the
 4   witness was notified it was ready for signature, but the
 5   deposition was not signed by the witness for the following
 6   reason:
 7
 8       _____
 9       _____
10       _____
11       _____
12       _____
13       _____
14       _____
15   BARBARA J. BUTLER & ASSOCIATES
16
17                         --o0o--
```

                                                            118

DEPOSITION OF OFFICER ZACK JACOBSEN

| | |
|---|---|
| 1 | ATTORNEY'S NOTES |
| 2 | Page # Line # |
| 3 | ___/___/_____ |
| 4 | ___/___/_____ |
| 5 | ___/___/_____ |
| 6 | ___/___/_____ |
| 7 | ___/___/_____ |
| 8 | ___/___/_____ |
| 9 | ___/___/_____ |
| 10 | ___/___/_____ |
| 11 | ___/___/_____ |
| 12 | ___/___/_____ |
| 13 | ___/___/_____ |
| 14 | ___/___/_____ |
| 15 | ___/___/_____ |
| 16 | ___/___/_____ |
| 17 | ___/___/_____ |
| 18 | ___/___/_____ |
| 19 | ___/___/_____ |
| 20 | ___/___/_____ |
| 21 | ___/___/_____ |
| 22 | ___/___/_____ |
| 23 | ___/___/_____ |
| 24 | ___/___/_____ |
| 25 | ___/___/_____ |

119

Barbara J. Butler & Associates - Certified Court Reporters
1659 Scott Blvd., Suite 15, Santa Clara, CA  95050 - (510) 83-BUTLER (2885) or (408) 248-BUTLER (2885)