**JOHN L. BURRIS, Esq. SBN 69888**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNICE EVANS, individually and as Successor in Interest to Decedent ANGEL RAMOS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; ZACK JACOBSEN, Police Officer for the City of Vallejo; and DOES 1-50, inclusive, individually and in their official capacities s Police Officers for the City of Vallejo, inclusive,<br><br>Defendants. | CASE NO.: 2:17-CV-01619-TLN-AC<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL OF THE LAW OFFICES OF JOHN L. BURRIS; DECLARATION OF JOHN L. BURRIS** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that John L. Burris (SBN 069888), Ben Nisenbaum (SBN 222173) and the Law Offices of John L. Burris are withdrawing as counsel for Plaintiff ANNICE EVANS.

Melissa C. Nold (SBN 301378) of Nold Law will continue to act as counsel of record for Plaintiff ANNICE EVANS in this matter.

It is respectfully requested that the clerk update the docket to reflect the above described changes.

Dated:  October 9, 2020                          **LAW OFFICES OF JOHN L. BURRIS**

                                                                           */s/ John L. Burris*
                                                                           John L. Burris
                                                                           Attorneys for Plaintiff

## DECLARATION OF JOHN L. BURRIS

1. I, John L. Burris, am an attorney of record for Plaintiff ANNICE EVANS in the above-captioned case. I have personal knowledge of the facts contained in this Declaration, and if called upon to testify, I could and would testify competently as to the truth of facts contained herein.

2. On January 28, 2017, I entered into a written retention agreement with ANNICE EVANS.

3. On August 3, 2020, I filed the Complaint for Wrongful Death and Violation of Civil Rights and Damages. The Complaint was amended on September 13, 2018.

4. In a letter dated August 5, 2020, ANNICE EVANS informed my law office that she no longer wanted me to represent her. A true and correct copy of that letter is attached hereto.

5. Attorney Melissa Nold is currently counsel of record for Plaintiff in this matter and has represented to me that she will continue as counsel for the Plaintiff.  She has further represented to my office that she will accept ECF notification on behalf of Plaintiff of my Notice of Withdrawal in this matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I executed this Declaration in Oakland, California on October 9, 2020.

                                                                           */s/ John L. Burris*
                                                                           John L. Burris

Attorney John Burris
7677 Oakport Street
Suite 1120
Oakland, Ca 94621

August 5, 2020

Dear Mr. Burris,

  This letter is to inform you that I no longer want you to represent me in regards to any legal matters related to the death of my son Angel Ramos. I also withdraw any authorization, consent, license or right I have granted you in relation to using my son's legal case, personal story, likeness and/or name to create and/or promote any media, literary work, motion picture, and/or documentary.

  Please send my client file, including, but not limited to, any documents filed with any public and/or private entity on my behalf, any recorded statements, and original copies of photos or correspondence to the attention of Melissa Nold, at Nold Law, 521 Georgia Street, Vallejo, California 94590.

  Should you intend to assert a lien against my case to recover your costs and/or fees please send an index listing the monetary amounts and describing the services and/or items you seek to recover.

Thank you,

*Annice Evans*
Annice Evans