UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANNICE EVANS, et al.;<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO, et al.<br><br>　　　　Defendants. | Case No.: 2:17-cv-01619-TLN-AC<br><br>**ORDER TO SET MANDATORY SETTLEMENT CONFERENCE**<br><br>HON. TROY L. NUNLEY |

Having reviewed the Stipulation submitted by the parties, it is hereby ORDERED that the parties participate in a Mandatory Settlement Conference before Magistrate Judge Kendall J. Newman on May 5, 2022 at 9:00 am.

IT IS SO ORDERED.

DATED: February 16, 2022

_____
Troy L. Nunley
United States District Judge