**MELISSA C. NOLD, ESQ., SBN 301378**
Nold Law
521 Georgia Street
Vallejo, CA 94590
707-644-4004
Email: melissa@noldlaw.com

**ADANTÉ D. POINTER, ESQ., SBN 236229**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Suite 208
Oakland, CA 94607
Tel: 510-929-5400
Email: APointer@LawyersFTP.com

Attorneys for Plaintiff

**VERONICA A.F. NEBB**
City Attorney, SBN 140001
**BY:  KATELYN M. KNIGHT**
Assistant City Attorney, SBN 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel:     (707) 648-4545
Email: katelyn.knight@cityofvallejo.net

Attorneys for Defendant ZACH JACOBSEN

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| ANNICE EVANS, et al.; | Case No.: 2:17-cv-01619-TLN-AC |
| Plaintiffs, | |
| v. | **STIPULATION & [PROPOSED] ORDER TO CONTINUE MANDATORY SETTLEMENT CONFERENCE** |
| CITY OF VALLEJO, et al. | |
| Defendants. | HON. TROY L. NUNLEY |

The parties, by and through their respective counsel, having met, conferred and consulted with the court hereby stipulate and agree to continue the Mandatory Settlement Conference before Chief Magistrate Judge Kendall J. Newman from May 3, 2022, to August 31, 2022 at 9:00 am.

In light of the foregoing, the parties respectfully request the court issue an Order continuing the Mandatory Settlement Conference before Magistrate Judge Kendall J. Newman to August 31, 2022 at 9:00 am.

Sincerely,

Dated:  April 25, 2022         POINTER & BUELNA, LLP
                               LAWYERS FOR THE PEOPLE

                               /s/ Adante D. Pointer
                               ADANTE D. POINTER
                               Attorney for PLAINTIFF


Dated:  April 25, 2022         /s/ Katelyn M. Knight
                               KATELYN M. KNIGHT
                               Assistant City Attorney
                               Attorney for Defendant ZACH JACOBSEN

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| ANNICE EVANS, et al.; | Case No.: 2:17-cv-01619-TLN-AC |
| Plaintiffs, | |
| v. | **{PROPOSED] ORDER CONTINUING MANDATORY SETTLEMENT CONFERENCE** |
| CITY OF VALLEJO, et al. | |
| Defendants. | HON. TROY L. NUNLEY |

Having reviewed the Stipulation submitted by the parties, it is hereby ORDERED that the Mandatory Settlement Conference is continued to August 31, 2022, at 9:00 am.

IT IS SO ORDERED.

_____         _____
DATE                                                                       KENDALL J. NEWMAN
                                                                                  CHIEF U.S. MAGISTRATE JUDGE