| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 10 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ANNICE EVANS, individually and as Successor in Interest to Decedent Angel Ramos,

        Plaintiff-Appellee,

and

DANTE RAMOS; et al.,

        Plaintiffs,

 v.

ZACK JACOBSEN,

        Defendant-Appellant,

and

CITY OF VALLEJO,

        Defendant.

No.   21-17073

D.C. No. 2:17-cv-01619-TLN-AC
Eastern District of California, Sacramento

ORDER

Appellant's motion to dismiss this appeal (Docket Entry No. 11) is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

2

FOR THE COURT:

By: Robert S. Kaiser
Circuit Mediator