**VERONICA A.F. NEBB**
City Attorney, SBN 140001
**BY: KATELYN M. KNIGHT**
Assistant City Attorney, SBN 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel:     (707) 648-4545
Fax:    (707) 648-4687
Email: katelyn.knight@cityofvallejo.net

Attorneys for Defendant ZACH JACOBSEN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ANNICE EVANS, individually and as Successor in Interest to Decedent ANGEL RAMOS; DANTE RAMOS, in his individual capacity; PHILLIP WILSON-VAUGHN, in his individual capacity; LEANN SANCHEZ, in her individual capacity; DARCEL LEWIS, in his individual capacity; D.W., by and through his Guardian Ad Litem, CARITA WILSON; and ALICIA SADDLER, individually and as Guardian Ad Litem for minor G.W., <br><br> Plaintiffs, <br> vs. <br><br> CITY OF VALLEJO; a municipal corporation; ZACK JACOBSEN, Police Officer for the City of Vallejo; and DOES 1-50, individually and in their official capacities as Police Officers for the City of Vallejo, inclusive, <br><br> Defendants. | Case No: 2:17-cv-01619-TLN-AC <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective undersigned counsel, that pursuant to the settlement between the parties in this matter, the above-captioned action be dismissed with prejudice in its entirety as to all claims and causes of action, with all parties to bear their own costs and attorneys' fees.

| | | |
|---|---|---|
|1|Dated: October 14, 2022|POINTER & BUELNA, LLP<br>LAWYERS FOR THE PEOPLE|
|2| | |
|3| |/s/ Adante D. Pointer<br>ADANTE D. POINTER|
|4| |Attorney for PLAINTIFF|

Dated: October 14, 2022        NOLD LAW

/s/Melissa C. Nold
MELISSA C. NOLD
Attorney for PLAINTIFF


Dated: October 14, 2022

*/s/ Katelyn M. Knight*
KATELYN M. KNIGHT
Assistant City Attorney
Attorney for Defendant ZACH JACOBSEN


## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. This matter is dismissed with prejudice with all parties to bear their own costs and attorneys' fees.


Dated: _____, 2022          _____
HON. TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE